IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ORLANDO PACHECO, and
TITO PACHECO, JR., Individually; as
Co-Personal Representatives of the
ESTATE OF TITO PACHECO, deceased;
and as Co-Guardians of J.P. and N.P., Minors

    Plaintiffs,

    v.            No. 17cv1005 MV-LF

CITY OF ALBUQUERQUE,
JOHN DOES 1-10 and JANE DOES 1-10,
Individually,

    Defendants.

## ORDER GRANTING DEFENDANT CITY OF ALBUQUERQUE'S UNOPPOSED MOTION TO EXTEND THE D.N.M.LR-CIV 26.6 DEADLINE

**THIS MATTER** having come before the Court on Defendant City of Albuquerque's Unopposed Motion to Extend the D.N.M. LR-Civ. 26.6 deadline, and the Court having reviewed the motion and having been advised in the premises hereby finds that there is good cause to grant the motion.

**IT IS THEREFORE ORDERED** that Defendant City of Albuquerque shall have until **April 18, 2018** to file a motion in accordance with D.N.M.LR-Civ. P. 26.6.

_____
**HONORABLE LAURA FASHING**
**UNITED STATES MAGISTRATE JUDGE**

**APPROVED:**

Approved via email on 3/28/2018
Amye Green
GORENCE & OLIVEROS, P.C.
300 Central Avenue S.W., Suite 1000E
Albuquerque, New Mexico 87102
Phone: (505) 244-0214
Fax: (505) 244-0888
green@golaw.us

Jason Bowles
BOWLES LAW FIRM
P.O. Box 25186
Albuquerque, New Mexico 87125-0186
Phone: (505) 217-2680
Fax: (505) 217-2681
jason@bowles-lawfirm.com

*Attorneys for Plaintiffs*

*Stephanie M. Griffin*, Deputy City Attorney
City of Albuquerque Legal Department
P.O. Box 2248
Albuquerque, NM 87103-2248
(505) 768-4500 phone
(505) 768-4440 fax

*Attorney for Defendant City of Albuquerque*