

# United States District Court
## District of New Mexico
### Office of the Clerk
#### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028



Mitchell R. Elfers
Clerk of Court
(Acting)

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 29 2018

August 22, 2018

Second Judicial District Court of New Mexico
Bernalillo County
400 Lomas Blvd NW
Albuquerque, NM 87102

Re: Pacheco et al v. City of Albuquerque et al

           Civil Case No. CV 17-1005-MV/LF
           NM State No.  CV 17-06153

Dear Clerk of the Court

  Please find enclosed a certified copy of the certified Order signed by United States District Judge Martha Vazquez along with certified copies of docket report and the documents filed in our court.

  Please acknowledge receipt of these records by returning a copy of this letter to this office.

             Sincerely,

             Mitchell R. Elfers
             Clerk of Court (Acting)

             By:_____
             Gene G. Rael, Deputy Clerk

I ____**LATOYA GRAYES**_____ received this information on **AUG 24 2018**____, 2018.

           Signed:_____

**DISTRICT COURT**
SECOND JUDICIAL DISTRICT
P.O. BOX 488
ALBUQUERQUE, NEW MEXICO 87103
**CIVIL DIVISION**

RECEIVED
At Albuquerque NM
AUG 29 2018
CLERK

US District Court
333 Lomas Blvd NW Suite 270
Albuquerque, NM 87102